UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELISA WARE,

        Plaintiff,                     Case No. 23-13193
                                         Hon. Jonathan J.C. Grey

v.

DNF ASSOCIATES, LLC,

        Defendant.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that Ware's cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                             **s/ Jonathan J.C. Grey**
                             JONATHAN J.C. GREY
Dated:  May 20, 2024          UNITED STATES DISTRICT JUDGE

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager